# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

D-1   NEAL LASALLE RUTHERFORD,

    Defendant.
_____/

Case: 2:20-cr-20018
Assigned To : Tarnow, Arthur J.
Referral Judge: Stafford, Elizabeth A.
Assign. Date : 1/15/2020
Description: INDI USA V. RUTHERFORD (kb)

Violation: 18 U.S.C. § 922(g)(1)

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT ONE

(18 U.S.C. §922(g)(1) – FELON IN POSSESSION OF A FIREARM)

D-1   NEAL LASALLE RUTHERFORD

On or about December 18, 2019, in the Eastern District of Michigan, the defendant, NEAL LASALLE RUTHERFORD, knowing that he had previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly and unlawfully possess a firearm, to wit: a Glock, Model 23, .40 caliber, SN: RVW391 Pistol, that had been shipped and transported in interstate and foreign commerce; in violation of Title 18 United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION

The allegations contained in Count One of this Indictment are hereby incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d), together with Title 28, United States Code, Section 2461(c).

Upon conviction of the offense alleged in Count One of this Indictment, Defendant NEAL LASALLE RUTHERFORD shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearm(s) involved in or used in the knowing commission of the offense(s).

THIS IS A TRUE BILL.

*s/Grand Jury Foreperson*
Grand Jury Foreperson

MATTHEW SCHNEIDER
United States Attorney

*s/Eric M. Straus*
Eric M. Straus
Chief, Violent & Organized Crime Unit
Assistant United States Attorney
211 W. Fort Street
Suite 2001
Detroit, MI 48226

Dated: January 15, 2020

| United States District Court<br>Eastern District of Michigan | Criminal Case Cov[er] | Case: 2:20-cr-20018<br>Assigned To : Tarnow, Arthur J.<br>Referral Judge: Stafford, Elizabeth A.<br>Assign. Date : 1/15/2020<br>Description: INDI USA V.<br>RUTHERFORD (kb) |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| Companion Case Information | Companion Case Number: |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | Judge Assigned: |
| ☐ Yes   ☒ No | AUSA's Initials: _EMS_ |

Case Title: USA v. Neal LaSalle Rutherford

County where offense occurred : Wayne

Check One:   ☒ Felony   ☐ Misdemeanor   ☐ Petty

____Indictment/____Information --- **no** prior complaint.
✓ Indictment/____Information --- based upon prior complaint [Case number: 19-mj-30665    ]
____Indictment/____Information --- based upon LCrR 57.10 (d) *[Complete Superseding section below]*.

## Superseding Case Information

**Superseding to Case No:** _____   **Judge:** _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| Defendant name | Charges | Prior Complaint (if applicable) |
|---|---|---|
| Neal LaSalle Rutherford | 18 U.S.C. § 922(g)(1) | 19-mj-30665 |

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.

January 15, 2020
Date

Eric M. Straus
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI  48226-3277
Phone: 313-226-9648
Fax:   313-226-5464
E-Mail address: Eric.Straus@usdoj.gov
Attorney Bar #: P38266

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.